**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| RAJ PATEL and PRITIBEN PATEL, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:26-CV-00394-RWS |
| | § | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.* | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is the parties' Joint Stipulation of Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Docket No. 7. The parties stipulate that this action, and all claims asserted by Plaintiffs against all Defendants herein, are dismissed without prejudice. *Id.* After review, the joint stipulation (Docket No. 7) is **ACCEPTED**. Accordingly, it is

**ORDERED** that the parties' joint stipulation (Docket No. 7) is accepted by the Court and that the above-captioned matter is **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own costs and expenses. It is further

**ORDERED** that any pending motions are **DENIED-AS-MOOT**.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 28th day of July, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE